

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2015

No. 04-15-00307-CV

**AUTOZONE, INC**. and Autozoners L.L.C.,
Appellants

v.

Mario **FLORES**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-15-6
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

The clerk's record in this accelerated appeal was due May 26, 2015, but it was not filed. On May 28, 2015, the clerk filed a notification of late record stating the record was not filed because appellants have not paid or made arrangements to pay the clerk's fee to prepare the record and appellants are not entitled to the record without paying the fee.

We order appellants AutoZone, Inc. and AutoZoners L.L.C., to provide written proof to this court on or before **June 3, 2015** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellants are entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1 and 35.3(a). If appellants fail to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Luz Elena D. Chapa, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2015.

Keith E. Hottle
Clerk of Court